UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-219 RSM |
|---|---|
| Plaintiff, | ORDER ISSUING BENCH WARRANT |
| v. | |
| JAMES WESLEY BOWDEN, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 15th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES _____ NO __X__**

ORDER ISSUING BENCH WARRANT – 1