UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES WESLEY BOWDEN, <br><br> Defendant. | CASE NO. **2:21-cr-00219-RSM** <br><br> **DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charges with unlawful possession of Firearms, possession of machine guns, short-barreled rife, destructive devices, silencers and improper storage of explosive. He has two pending criminal charges for domestic violence and violation of a no contact order. He also has a pending felony charge for assault in the second degree while armed with a deadly weapon. The pretrial report indicates this offense involves allegations that Defendant threatened a person with a gun, and shot at the victim striking the victim in the hand. The state court has detained Defendant on the felony matter and Defendant appears in this Court via a Writ. Given his circumstances, Defendant did not seek release or contest detention.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 21st day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2