JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-219-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| JAMES WESLEY BOWDEN, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion to file Exhibit 1 to the Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 to the Sentencing Memorandum be filed under seal.

DATED this 13th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for James Wesley Bowden

ORDER TO SEAL DOCUMENT
(*USA v. Bowden* / CR21-219-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100